**Elijah W. RATCLIFF, Plaintiff–Appellant,**

v.

**INDYMAC BANK FSB, Inc., as Successor in interest to Indymac Mortgage Holdings, Inc., formerly known as INMC Mortgage Holdings; State of**

Texas; State Bar of Texas; Executive Director of the State Bar of Texas; Kenneth Hammack, Sheriff, Polk County, TX; Cleburne Swilley, Defendants–Appellees.

No. 06–40528.

United States Court of Appeals, Fifth Circuit.

March 9, 2007.

Elijah W. Ratcliff, Livingston, TX, pro se.

Wylie Emmett Kumler, Office of the Attorney General for The State of Texas, Robin Michelle Kriza, Office of the Attorney General, Postconviction Litigation Div., Dudley Page McClellan, State Bar of Texas, Austin, TX, Charles E. Lauffer, Jr., Ritcheson, Dollahite & Lauffer, Robert Scott Davis, Christi Johnson Kennedy, Flowers Davis, Tyler, TX, for Defendants–Appellees.

Before REAVLEY, DEMOSS and BENAVIDES, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given. Appellant cites cases and statutes and complains of injuries, but never alleges anything to support a claim of liability entitling him to relief against these appellees. The statements and arguments he makes consist

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

only of conclusions about his injuries and complaints irrelevant to this appeal.

AFFIRMED.